# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 2:16-cv-02961-JAM-CKD |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| LARRY D. COMPTON, et al., | ) |
| Defendants. | ) |

Upon review of the Stipulation to Take Defendant's Depositions After the Discovery Cutoff and good cause appearing, Plaintiff may re-notice the depositions of Larry D. Compton and Kelly Compton for May 17, 2018.

IT IS SO ORDERED.

Dated: 4/2/2018                                   /s/ John A. Mendez_____
                                                  United States District Court Judge